# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

---

**TYLER VAN LEWIS,**

          **Plaintiff,**

vs.                                                                  5:18-CV-1128
                                                                                       (MAD/ATB)

**NICOLE KYLE,** *District Attorney;*
**KRITSYNA S. MILLS,** *District Attorney*; **CINDY F. INTSCHERT,** *District Attorney*; **JERRY D. GOLDEN,** *Watertown Police Detective*,

          **Defendants.**

---

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Magistrate Judge Baxter's April 2, 2019 Report-Recommendation is **ADOPTED** in its entirety; and the Court further **ORDERS** that Plaintiff's Amended Complaint (Dkt. No. 8) is **DISMISSED with prejudice**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendant's favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 16th day of August, 2019.

DATED: August 16, 2019

                                                       *Clerk of Court*

                                                       s/Britney Norton
                                                       Britney Norton
                                                       Deputy Clerk